IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |
| : | |
| v.  : | 5:03-CV-370 (WDO) |
| : | 5:01-CR-68 (WDO) |
| **CASEY NELSON,** : | |
| : | |
| **Petitioner** : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this habeas petition as having no merit. Having carefully considered the Recommendation and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED** this 9th day of August, 2005.

**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**